IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SALLY HANSON,

   Plaintiff,

vs.          CASE NO.: 4:06cv130-SPM/WCS

TURN ABOUT OF
TALLAHASSEE, INC.,

   Defendant.
_____/

**ORDER OF DISMISSAL**

   Upon consideration of Defendant's Motion to Dismiss (doc. 5) and

Plaintiff's Response to Defendant's Motion to Dismiss and Consent to Dismissal

(doc. 17), it is

   ORDERED AND ADJUDGED that this case is dismissed for lack of

jurisdiction.

   DONE AND ORDERED this 27th day of April, 2006.

       *s/ Stephan P. Mickle*
       _____
       Stephan P. Mickle
       United States District Judge